# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

SCOTT T. MOTLEY,

    Petitioner,

**V.**                                 Case No. 05-0827-CV-W-FJG-P

MICHAEL BOWERSIX,

    Respondent.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice.

Entered on: April 19, 2006

                                                        P.L. BRUNE
                                                         CLERK OF COURT

                                                         L.CARR
                                                         (By) Deputy Clerk